**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NATALIE ZILBERSHTEIN et al.,** <br> Plaintiffs, | **CIVIL ACTION** |
| v. | |
| **IPP USA LLC, et al.,** <br> Defendants. | **NO. 23-0200** |

## O R D E R

**AND NOW**, this 15th day of April, 2025, upon receipt of the Notice of Acceptance of the Offer of Judgment (ECF No. 25), **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Natalie Zilbershtein and Eli Bokobza as to their breach of contract claims in the amount of $66,000, jointly and severally, against Defendant ABC Capital Baltimore, LLC, Jason Walsh, a/k/a Jay Walsh, Amir Vana, and Yaron Zer, itemized as follows:
   a. $61,000 to Natalie Zilbershtein and Eli Bokobza;
   b. $5,000 for Plaintiffs' counsel Swartz Swidler as attorneys' fees and costs

2. All other claims asserted in the Complaint, including any claim for additional attorneys' fees and costs, are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** this case and mark it as **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**